

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01234-JLS-DFM                                                      Date: March 02, 2023
Title:  Julie Diane Perez Gutierrez v. State of California et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DISMISSING ACTION**

On February 22, 2023, the Court issued an Order to Show Cause Why the Court Should Not Dismiss the Case.  ("OSC", Doc. 50.)  There, the Court explained that the case could not proceed when the Complaint named only Doe defendants.  (*Id.*)

On February 28, 2023, Plaintiff's counsel filed a declaration in response to the OSC, stating:  "I was under the impression that a deal for waiver of costs had been agreed upon."  (Hicks Decl. ¶ 7, Doc. 51.)  The declaration is not responsive to the Court's OSC and fails to articulate any reason why the case should not be dismissed.

Accordingly, the Court DISMISSES Plaintiff's claims in the Second Amended Complaint and orders the case be administratively closed.

Initials of Deputy Clerk: vrv