**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE DIANE PEREZ GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>Defendants. | Case No.  8:21-cv-01234-JLS-DFM<br><br><br>**JUDGMENT OF DISMISSAL** |

1
2       In light of the Court's Order of March 2, 2023 dismissing the action, (Doc.
3   53), JUDGMENT OF DISMISSAL is hereby entered.
4
5
6   DATED: March 4, 2023
7
8                                   HON. JOSEPHINE L. STATON
9                                   UNITED STATES DISTRICT JUDGE